**LEWIS, FEINBERG, LEE,**
**RENAKER & JACKSON, P.C.**
DANIEL FEINBERG - CSBN 135983
LINDSAY NAKO - CSBN 239090
dfeinberg@lewisfeinberg.com
lnako@lewisfeinberg.com
476 - 9th Street
Oakland, CA 94607
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

Attorneys for Plaintiff
CELESTE PACELLI

**RIMAC MARTIN, P.C.**
ANNA M. MARTIN - CSBN 154279
KEVIN G. GILL - CSBN 226819
amartin@rimacmartin.com
kgill@rimacmartin.com
1051 Divisadero Street
San Francisco, California 94115
Telephone: (415) 561-8440
Facsimile: (415) 561-8430

Attorneys for Defendants
UNUM GROUP SUPPLEMENTAL PENSION
PLAN; and HUMAN CAPITAL COMMITTEE,
BOARD OF DIRECTORS OF UNUM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CELESTE PACELLI, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> UNUM GROUP SUPPLEMENTAL PENSION ) <br> PLAN, HUMAN CAPITAL COMMITTEE OF ) <br> THE UNUM GROUP BOARD OF ) <br> DIRECTORS ) <br> ) <br> Defendants. ) <br> _____ ) | **CASE NO. C10-03644 JCS** <br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT** <br><br> Original Due Date: September 17, 2010 <br> **Current Due Date:** **October 14, 2010** |

-1-

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT         CASE NO. C10-03644 JCS

IT IS HEREBY STIPULATED that defendants UNUM GROUP SUPPLEMENTAL PENSION PLAN and HUMAN CAPITAL COMMITTEE, BOARD OF DIRECTORS OF UNUM (collectively "Unum") may have an additional four weeks to answer or otherwise respond to plaintiff's complaint, such that Unum's response is now due on or before October 14, 2010.

Good cause exists for this extension because lead counsel for Unum has been out of the country, and requires this time to get up to speed on the case.

Pursuant to local rules, this document is being electronically filed through the Court's ECF System. In this regard, counsel for defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) plaintiff's counsel has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

**SO STIPULATED.**

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.

DATED: September 15, 2010     By:     /s/ Daniel Feinberg
                                      DANIEL FEINBERG
                                      Attorneys for Plaintiff
                                      CELESTE PACELLI


RIMAC MARTIN, P.C.

DATED: September 15, 2010     By:     /s/ Anna M. Martin
                                      ANNA M. MARTIN
                                      Attorneys for Defendants
                                      UNUM GROUP SUPPLEMENTAL PENSION
                                      PLAN; HUMAN CAPITAL COMMITTEE,
                                      BOARD OF DIRECTORS OF UNUM

Dated: 9/16/10

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Joseph C. Spero]

-2-

STIPULATION TO EXTEND TIME FOR
DEFENDANTS TO RESPOND TO COMPLAINT                                    CASE NO. C10-03644 JCS