1  Daniel Feinberg – Cal. Bar No. 135983
   Lindsay Nako – Cal. Bar No. 239090
2  LEWIS, FEINBERG, LEE,
   RENAKER & JACKSON, P.C.
3  476 9th Street
   Oakland, CA 94607
4  Telephone: (510) 839-6824
   Facsimile: (510) 839-7839
5  dfeinberg@lewisfeinberg.com
   lnako@lewisfeinberg.com
6
   *Attorneys for Plaintiff*
7

8           UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11 | CELESTE PACELLI,                                  | Case No. C10-03644 (CRB)
12 |           Plaintiff,                              | **NOTICE OF VOLUNTARY
                                                          DISMISSAL WITHOUT PREJUDICE;
13 |     v.                                            | [PROPOSED] ORDER THEREON**
14 | UNUM GROUP SUPPLEMENTAL
     PENSION PLAN, HUMAN CAPITAL
15 | COMMITTEE OF THE UNUM GROUP
     BOARD OF DIRECTORS,
16 |
             Defendants.
17

18      NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro. 41(a)(1), Plaintiff Celeste

19 Pacelli voluntarily dismisses the above-captioned action without prejudice in order to file an

20 administrative appeal with Defendants Unum Group Supplemental Pension Plan and the Human

21 Capital Committee of the Unum Group Board of Directors, and to have Defendants issue a decision

22 on her appeal.

                                                    Respectfully Submitted,
23
   DATED: October 19, 2010                          LEWIS, FEINBERG, LEE, RENAKER &
24                                                  JACKSON, P.C.

25
                                                    By:    /s/
26                                                        Daniel Feinberg

27                                                  Attorneys for Plaintiff
                                                    CELESTE PACELLI
28
                                            1

1  **IT IS SO ORDERED.**

3  Date:  October 21, 2010                By: _____
                                              HON. CHARLES R. BREYER
                                              United States District Judge



2

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON
Case No. C10-03644 (CRB)